Concur — Botein, P. J., Eager, Steuer, Rabin and McGivern, JJ.

Diane Tillery, an Infant by Her Guardian ad Litem, Rosa Tillery, et al., Respondents, v. City of New York, Defendant, and Board of Education of the City of New York, Appellant

Concur — Botein, P. J., Stevens, Capozzoli, Tilzer and McNally, JJ.

Albert Levine et al., as Trustees of the Modern Deb Employees Pension Trust Agreement, Respondents-Appellants, v. Bankers Life Company, Respondent

Concur — Botein, P. J., Stevens, Capozzoli, Tilzer and McNally, JJ.

Joseph Beechem et al., Respondents, v. Walter Cameron, Appellant.

Concur — Steuer, J. P., Capozzoli, Tilzer, Rabin and McGivern, JJ.

Joseph Maggio, Respondent, v. Columbia Operating Company, Inc., et al., Appellants, et al., Defendant